UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

MICHAEL VAKNIN AND ABRAHAM VAKNIN

                             Plaintiffs,

   -against-

YANG GAO, HUI FANG, and SHIMENG HUANG,

                             Defendants.
----------------------------------------------------------------x

Case No.: 1:25-cv-1245

**NOTICE OF APPEARANCE OF THOMAS HSIEN CHIH KUNG**

To the Clerk of the Court and all parties of record:

     The undersigned is duly admitted to practice before this Court. I hereby enter appearance as counsel for Defendants YANG GAO, HUI FANG, and SHIMENG HUANG.

Dated: February 25, 2025

                                                                                Jia Law Group, P.C.
                                                                                *Attorneys for Defendants*

                                                       By:   */s/ Thomas Hsien Chih Kung*
                                                                           Thomas Hsien Chih Kung
                                                                           88 Pine Street, 18th Floor
                                                                           Thomas.kung@jiaesq.com
                                                                           Tel.: (347) 897-6199