**LAW OFFICE OF PETER DEE, ESQ.**
300 Cadman Plaza West, 12th Floor, Brooklyn, NY 11201
deepeterc@gmail.com
917.734.7023
(Licensed in New York and New Jersey)

September 3, 2025

**VIA ECF**
The Honorable P. Kevin Castel
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Application Granted.

So Ordered: _____
Hon. P. Kevin Castel, U.S.D.J.
9-3-25

Re:  *Vaknin, et ano., v. Gao, et al.*, 25 Civ. 01245 (PKC), Plaintiffs'
Request for an Extension of Time to File Second Amended Complaint

Dear Honorable Sir:

We represent plaintiffs Michael and Abraham Vaknin (collectively, the "Plaintiffs") in the referenced matter. We write to request an extension of time to oppose Defendants' Motion to Dismiss. There is no future conference date set in this matter.

Today, undersigned counsel, together with co-counsel Jesse Dean-Kluger, filed a Motion to Withdraw as Counsel (ECF No. 42), citing nonpayment and a breakdown in communication with Plaintiffs. Plaintiffs' Opposition to Defendants' pending Motion to Dismiss is currently due tomorrow, September 4, 2025. Defendants' reply is due September 18, 2025. *See* Minute Entry on July 14, 2025.

We therefore respectfully request an adjournment of thirty days for Plaintiffs to respond to the Motion to Dismiss, which would make Plaintiffs' Opposition due by October 6, 2025, and Defendants' Reply due by October 20, 2025.  OK

This is the first such request by Plaintiffs. Counsel for Defendants has not responded to my email seeking his consent.

We thank the Court for its courtesy and consideration.

Respectfully,

Peter Dee
Law Office of Peter Dee, Esq.
*Co-counsel for Plaintiffs*

Cc: <u>Via ECF</u>
Thomas Hsien Chih Kung, Esq.
Thomas.kung@jiaesq.com
*Counsel for Defendants*