LAW OFFICES OF

# BARRY E. JANAY

Please reply to NJ Office:

The Law Office of Barry E. Janay, P.C.
354 Eisenhower Parkway Suite 1250
Livingston, New Jersey, 07039
-and-
90 Broad Street 25th Flr. New York,
New York 10004
Tel: (844) 562-3572
Email: info@lobej.com

November 26, 2025

**Via ECF**
Hon. P. Kevin Castel
United States District Court
500 Pearl Street
New York, NY 10007

      **RE:**    **Valkin et al v. Gao et al**
               **Case No.: 1:25-cv-01245-PKC**

Dear Judge Castel,

      The Law Offices of Barry E. Janay, P.C. represents the Plaintiffs in the above-referenced

matter. Pursuant to the Court's Order amended Affidavits of Citizenship and Residency are

annexed hereto.


      Thank you for Your Honor's consideration.

**THE LAW OFFICES OF BARRY E. JANAY, P.C.**

*Barry E. Janay, Esq.*

Barry E. Janay, Esq.
90 Broad Street 25th Floor
New York, New York 10004
bjanay@lobej.com
(844) 562-3572

Because plaintiff is a dual citizen of the United States and Israel and domiciled in New Jersey, he is considered a U.S. citizen for purposes of assessing diversity jurisdiction. See Moskovits v. Federal Republic of Brazil, 2021 WL 2435621 at *4 (S.D.N.Y. June 14, 2021). The Court concludes that it has diversity jurisdiction despite the presence of aliens as defendants. Leave to amend is granted provided an amended complaint properly alleges diversity jurisdiction is filed by December 12, 2025. Defendants time to answer is January 16, 2026. Motion at ECF 41 terminated as moot. Motion at ECF 50 terminated as GRANTED. SO ORDERED. *[signature] USDJ 12-4-25*